UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,

  v.

O' JOES INC., et al.,

    Defendants.

Case No. 18-cv-02451-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 6, 2019**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 13, 2019, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: March 29, 2019

_____

Richard Seeborg
United States District Judge