THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #203
Orland, CA 95963
Telephone: 415-389-8600
Cell: 530-824-1000
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>Original Joe's; O' Joes Inc., a California Corp d.b.a. Original Joe's; Sainte Claire Building LLC, a California Limited Liability Co.<br><br>    Defendants, | CASE NO. 3:18-CV-02451-RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties' further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: June18, 2019

THOMAS E. FRANKOVICH, APLC

*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich

Thomas E. Frankovich

Attorneys for Plaintiff

Dated: June 26, 2019

PATRICK STOKES

By: /s/Patrick Stokes

Patrick Stokes

Attorneys for Defendant

Dated: June 26, 2019

JOSPEH WALL

By: /s/Jospeh Wall

Joe Wall

Attorney for St. Claire Building LLC

---

**Stipulation of Dismissal and [proposed] Order Thereon**     **CASE NO. 5:18-CV-02451-NC**

2

# [~~proposed~~] ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __June 27__, 2017

_____
Honorable Judge Richard Seeborg